**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01280-LTB-MJW

ALLIANCE OF INDEPENDENT MUSIC MERCHANTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LARRY E. HUG, an individual d/b/a Federated Association of Independent Music Merchants,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 3 - filed August 2, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED:   August 3, 2006